IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

BASAVARAJ HOOLI, :
:
          Plaintiff, :
:
v. : Civ. No. 21-609-RGA
:
JEANINE KLEIM, et al., :
:
          Defendants. :

**MEMORANDUM ORDER**

At Wilmington, this 10th day of January, 2022, having considered Plaintiff's motion for reconsideration (D.I. 15);

1. Plaintiff Basavaraj Hooli, who appears *pro se* and has been granted leave to proceed *in forma pauperis*, filed this action on April 29, 2021. (D.I. 2). On November 17, 2021, the Court dismissed the action for want of jurisdiction. (D.I. 13, 14). Plaintiff moves for reconsideration.

2. The purpose of a motion for reconsideration is to "correct manifest errors of law or fact or to present newly discovered evidence." *Max's Seafood Café ex rel. Lou-Ann, Inc. v. Quinteros*, 176 F.3d 669, 677 (3d Cir. 1999). The motion must rely on one of three grounds: (1) new law; (2) new evidence; or (3) the need to correct a clear error of law or fact or to prevent manifest injustice. *Lazaridis v. Wehmer*, 591 F.3d 666, 669 (3d Cir. 2010).

3. The Court has reviewed the complaint and dismissal order. There is no error, and Plaintiff has provided no grounds that warrant reconsideration.

1

IT IS HEREBY ORDERED that:

The motion for reconsideration (D.I. 15) is **DENIED**.

_____
UNITED STATES DISTRICT JUDGE